JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Akram YASSIN, a.k.a. Akram, )<br>Sobhieya YASSIN, )<br>Defendant. ) | CV12-4251-R<br>CASE NO. CV12-4521-R<br><br>JUDGMENT |

Pursuant to the Statement of Uncontroverted Facts and Conclusions of Law, Plaintiff's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that Defendant's citizenship be revoked pursuant to 8 U.S.C. §1451(a), and his Certificate of Naturalization be cancelled.

IT IS FURTHER ORDERED that Defendant forever be restrained and enjoined from claiming any rights, privileges, or advantages under any document evidencing United States Citizenship obtained as a result of his naturalization.

/ / / / / / /

/ / / / / / /

/ / / / / / /

1      IT IS FURTHER ORDERED that Defendant is to surrender and deliver his Certificate of

2   Naturalization and any other indicia of United States Citizenship, including his United States passport,

3   voter registration card, and any other voting documents, and any copies thereof in his possession, and to

4   make good-faith efforts to recover and surrender any copies thereof he knows are in the possession of

5   others, to the Secretary of Homeland Security or her designated representative.

6   December   14   , 2012.

7

8

9                                                    MANUEL L. REAL
                                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28